**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SAI ROSE,**

      **Plaintiff,**

**v.**                                                                          **Case No. 4:23-cv-539-AW-MAF**

**ATMOS NATION, LLC, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed two preliminary injunction motions. ECF Nos. 4, 14. The magistrate judge recommends that the court deny the motions. ECF No. 16. Plaintiff has not filed any objection to the report and recommendation.

I agree with the magistrate judge: Plaintiff has not shown entitlement to injunctive relief. I now adopt the report and recommendation and incorporate it into this order. The motions (ECF Nos. 4, 14) are DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on March 11, 2024.

s/ *Allen Winsor*
United States District Judge